Office Mailing Address:  
Albert Russo, Trustee  
PO Box 4853  
Trenton, NJ  08650-4853

Send Payments **ONLY** to:  
Albert Russo, Trustee  
PO Box 933  
Memphis, TN  38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2022 to 03/13/2023  
**Chapter 13 Case No. 22-18639 / CMG**

Alicia R. Green

Petition Filed Date: 10/31/2022  
341 Hearing Date: 12/01/2022  
Confirmation Date: 01/18/2023

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/09/2023 | $1,000.00 | | 01/23/2023 | $500.00 | | 02/21/2023 | $500.00 | |

**Total Receipts for the Period:  $2,000.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $2,000.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Alicia R. Green | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Daniel E. Straffi, Esq.<br>»»  ATTY DISCLOSURE | Attorney Fees | $4,650.00 | $1,392.00 | $3,258.00 |
| 1 | LVNV FUNDING LLC<br>»»  SHERMAN ORIGINATOR | Unsecured Creditors | $584.93 | $0.00 | $584.93 |
| 2 | ASHLEY FUNDING SERVICES, LLC<br>»»  LAB CORP OF AMERICA HOLDINGS | Unsecured Creditors | $30.00 | $0.00 | $30.00 |
| 3 | LVNV FUNDING LLC<br>»»  RESURGENT ACQUSITIONS LLC | Unsecured Creditors | $419.50 | $0.00 | $419.50 |
| 4 | BERKELEY TOWNSHIP SEWERAGE AUTHORITY | Priority Crediors | $4,626.25 | $0.00 | $4,626.25 |
| 5 | PREMIER BANKCARD, LLC. | Unsecured Creditors | $1,019.37 | $0.00 | $1,019.37 |
| 6 | NJ HOUSING & MTG FINANCE AGENCY<br>»»  P/248 SECOND AVE/1ST MTG | Mortgage Arrears | $77,676.90 | $0.00 | $77,676.90 |
| 7 | PENDRICK CAPITAL PARTNERS II, LLC<br>»»  COMMUNITY EMA | Unsecured Creditors | $748.00 | $0.00 | $748.00 |

**Chapter 13 Case No. 22-18639 / CMG**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 3/13/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,000.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $1,392.00 | Current Monthly Payment: | $500.00 |
| Paid to Trustee: | $144.00 | Arrearages: | $500.00 |
| Funds on Hand: | $464.00 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more information.**

**View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.**

