UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
New Jersey Housing and Mortgage Finance Agency

**Order Filed on September 14, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| In Re: | Case No.: 22-18639 CMG |
|---|---|
| Alicia R. Green a/k/a Alicia Green a/k/a Alicia Romancia Green a/k/a Alicia Romancia Judy Green | Hearing Date: 9/6/2023 @ 9:00 a.m. |
| Debtor | Judge: Christine M. Gravelle |

### ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: September 14, 2023**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(Page 2)**
Debtor:  Alicia R. Green a/k/a Alicia Green a/k/a Alicia Romancia Green a/k/a Alicia Romancia Judy Green
Case No:  22-18639 CMG
Caption of Order:  ORDER CURING POST-PETITION ARREARS AND RESOLVING MOTION FOR RELIEF
FROM STAY

_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured
Creditor, New Jersey Housing and Mortgage Finance Agency, Denise Carlon appearing, upon a motion to
vacate the automatic stay as to real property located at 248 Second Ave, Toms River NJ 08757, and it
appearing that notice of said motion was properly served upon all parties concerned, and this Court having
considered the representations of attorneys for Secured Creditor and Daniel E. Straffi, Esquire, attorney for
Debtor, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of August 10, 2023, Debtors are in arrears
outside of the Chapter 13 Plan to Secured Creditor for payments due June 2023 through August 2023 for a
total post-petition default of $2,468.80 (3 @ $1,075.78 less suspense $758.54)

It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the
amount of $2,468.80 shall be added to the affidavit of amount due and paid through Debtors' Chapter 13
plan; and

It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to
resume September 1, 2023, directly to Secured Creditor (Note: the amount of the monthly mortgage payment
is subject to change according to the terms of the note and mortgage); and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtors' Chapter
13 bankruptcy proceeding, if any of the cure payments or regular monthly mortgage payments are not made
within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating
Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such
payment is more than thirty days late, and Debtors shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application,
supporting certification, and proposed Order must be served on the Trustee, Debtors, and Debtors' counsel at
the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that in the event of  any future default, The
Trustee  will require conduit payments; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded
reimbursement of fees and costs in the sum of $350.00 for attorneys' fees and $188.00 for filing fees, totaling
$538.00, which is to be paid through Debtors' Chapter 13 plan; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's Motion for Relief
is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 22-18639-CMG

Alicia R. Green                                                 Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                     User: admin                          Page 1 of 1

Date Rcvd: Sep 14, 2023                  Form ID: pdf903                      Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 16, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Alicia R. Green, 248 2nd Ave, Toms River, NJ 08757-4825 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2023               Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 14, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Brian C. Nicholas | on behalf of Creditor New Jersey Housing And Mortgage Finance Agency bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| Daniel E. Straffi | on behalf of Debtor Alicia R. Green bkclient@straffilaw.com g25938@notify.cincompass.com;jr..daniels.b124806@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor New Jersey Housing And Mortgage Finance Agency dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5