Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 22−18639−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Alicia R. Green
   aka Alicia Green, aka Alicia Romancia
   Green, aka Alicia Romancia Judy Green
   248 2nd Ave
   Toms River, NJ 08757−4825

Social Security No.:
   xxx−xx−9143

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on January 23, 2023.

On January 9, 2024 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Christine M. Gravelle on:

Date:           February 7, 2024
Time:           10:00 AM
Location:       Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: January 10, 2024
JAN: pbf

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Alicia R. Green  
  Debtor

Case No. 22-18639-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 3  
Date Rcvd: Jan 10, 2024     Form ID: 185     Total Noticed: 25

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Alicia R. Green, 248 2nd Ave, Toms River, NJ 08757-4825 |
| lm | + | Cenlar, 7 Graphics Drive, Ewing, NJ 08628-1547 |
| 519750265 | + | Berkeley Township Sewerage Authority, 255 Atlantic City Blvd., Bayville, NJ 08721-1296 |
| 519750273 | | Higher Education Student Assistance Auth, PO Box 548, Trenton, NJ 08625-0548 |
| 519750275 | | Lvnv Funding, Greenville, SC 29601 |
| 519750277 | + | Ocean County Board of Social Services, 1027 Hooper Ave, Toms River, NJ 08753-8370 |
| 519750278 | | University Radiology Group, PC, 307 Wall St, Princeton, NJ 08540-1515 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 10 2024 20:51:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 10 2024 20:51:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519750264 | | Email/Text: ebn@americollect.com | Jan 10 2024 20:51:00 | Americollect Inc, 1851 S Alverno Rd, Manitowoc, WI 54220-9208 |
| 519766493 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 10 2024 20:50:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 519754140 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 10 2024 21:03:48 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519750266 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 10 2024 20:49:25 | Capital One, Po Box 85520, Richmond, VA 23285 |
| 519805399 | | Email/Text: BKelectronicnotices@cenlar.com | Jan 10 2024 20:50:00 | Cenlar FSB Attn BK Dept, 425 Phillips Blvd, Ewing, NJ 08618 |
| 519750267 | | Email/Text: GenesisFS@ebn.phinsolutions.com | Jan 10 2024 20:51:00 | Cb Indigo/gf, PO Box 4499, Beaverton, OR 97076-4499 |
| 519750268 | | Email/Text: clientservices@credit-control.com | Jan 10 2024 20:51:00 | Central Loan Admin & R, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 519750269 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 10 2024 20:47:53 | Credit One Bank, NA, PO Box 98873, Las Vegas, NV 89193-8873 |
| 519750271 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Jan 10 2024 20:48:15 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 519750270 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Jan 10 2024 20:48:15 | First Premier Bank, Attn: Bankruptcy, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 519750272 | | Email/Text: GenesisFS@ebn.phinsolutions.com | | |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jan 10 2024 20:51:00 | Genesis Fs Card Services, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 519750279 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 10 2024 20:50:00 | US Department of Treasury, Bureau of the4 Fiscal Service, PO Box 1686, Birmingham, AL 35201-1686 |
| 519754109 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 10 2024 21:03:48 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519750276 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 10 2024 21:04:05 | Lvnv Funding LLC, PO Box 10497, Greenville, SC 29603-0497 |
| 519805863 | | Email/Text: perituspendrick@peritusservices.com | Jan 10 2024 20:50:00 | Pendrick Capital Partners, LLC, Peritus Portfolio Services II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| 519805108 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 10 2024 20:51:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | ##+ | KML Law Group, Sentry Office Plaza, 216 Haddon Avenue, Suite 406, Westmont, NJ 08108-2812 |
| 519750274 | ## | KML Law Group, PC, 216 Haddon Ave Ste 406, Westmont, NJ 08108-2812 |

TOTAL: 0 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 12, 2024     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Brian C. Nicholas | on behalf of Creditor New Jersey Housing And Mortgage Finance Agency bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| Daniel E. Straffi | on behalf of Debtor Alicia R. Green bkclient@straffilaw.com g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor New Jersey Housing And Mortgage Finance Agency dcarlon@kmllawgroup.com |

bkgroup@kmllawgroup.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6