Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 22−18639−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Alicia R. Green
   aka Alicia Green, aka Alicia Romancia
   Green, aka Alicia Romancia Judy Green
   248 2nd Ave
   Toms River, NJ 08757−4825

Social Security No.:
   xxx−xx−9143

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/7/24.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).


Dated: August 7, 2024
JAN: rms

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-18639-CMG |
| Alicia R. Green | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 07, 2024 | Form ID: 148 | Total Noticed: 27 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 09, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Alicia R. Green, 248 2nd Ave, Toms River, NJ 08757-4825 |
| aty | + | KML Law Group, Sentry Office Plaza, 216 Haddon Avenue, Suite 406, Westmont, NJ 08108-2812 |
| lm | + | Cenlar, 7 Graphics Drive, Ewing, NJ 08628-1547 |
| 519750265 | + | Berkeley Township Sewerage Authority, 255 Atlantic City Blvd., Bayville, NJ 08721-1296 |
| 519750273 | | Higher Education Student Assistance Auth, PO Box 548, Trenton, NJ 08625-0548 |
| 519750274 | | KML Law Group, PC, 216 Haddon Ave Ste 406, Westmont, NJ 08108-2812 |
| 519750275 | | Lvnv Funding, Greenville, SC 29601 |
| 519750277 | + | Ocean County Board of Social Services, 1027 Hooper Ave, Toms River, NJ 08753-8370 |
| 519805863 | ++ | PERITUS PORTFOLIO SERVICES II LLC, PO BOX 141419, IRVING TX 75014-1419 address filed with court:, Pendrick Capital Partners, LLC, Peritus Portfolio Services II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| 519750278 | | University Radiology Group, PC, 307 Wall St, Princeton, NJ 08540-1515 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 07 2024 20:36:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 07 2024 20:36:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519750264 | | Email/Text: ebn@americollect.com | Aug 07 2024 20:36:00 | Americollect Inc, 1851 S Alverno Rd, Manitowoc, WI 54220-9208 |
| 519766493 | | EDI: PHINAMERI.COM | Aug 08 2024 00:22:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 519754140 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 07 2024 20:38:32 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519750266 | | EDI: CAPITALONE.COM | Aug 08 2024 00:22:00 | Capital One, Po Box 85520, Richmond, VA 23285 |
| 519805399 | | Email/Text: BKelectronicnotices@cenlar.com | Aug 07 2024 20:35:00 | Cenlar FSB Attn BK Dept, 425 Phillips Blvd, Ewing, NJ 08618 |
| 519750268 | | Email/Text: correspondence@credit-control.com | Aug 07 2024 20:35:00 | Central Loan Admin & R, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 519750267 | | EDI: PHINGENESIS | Aug 08 2024 00:22:00 | Cb Indigo/gf, PO Box 4499, Beaverton, OR 97076-4499 |
| 519750269 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 07 2024 20:37:24 | Credit One Bank, NA, PO Box 98873, Las Vegas, NV 89193-8873 |
| 519750271 | | EDI: AMINFOFP.COM | Aug 08 2024 00:22:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 519750270 | | EDI: AMINFOFP.COM | | |

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 07, 2024 | Form ID: 148 | Total Noticed: 27 |

| | | Aug 08 2024 00:22:00 | First Premier Bank, Attn: Bankruptcy, PO Box 5524, Sioux Falls, SD 57117-5524 |
|---|---|---|---|
| 519750272 | EDI: PHINGENESIS | Aug 08 2024 00:22:00 | Genesis Fs Card Services, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 519750279 | EDI: IRS.COM | Aug 08 2024 00:22:00 | US Department of Treasury, Bureau of the4 Fiscal Service, PO Box 1686, Birmingham, AL 35201-1686 |
| 519754109 | Email/PDF: resurgentbknotifications@resurgent.com | Aug 07 2024 20:38:31 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519750276 | Email/PDF: resurgentbknotifications@resurgent.com | Aug 07 2024 20:37:54 | Lvnv Funding LLC, PO Box 10497, Greenville, SC 29603-0497 |
| 519805108 | + EDI: JEFFERSONCAP.COM | Aug 08 2024 00:22:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2024          Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 7, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Daniel E. Straffi | on behalf of Debtor Alicia R. Green bkclient@straffilaw.com g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor New Jersey Housing And Mortgage Finance Agency dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5